1  AARON D. FORD
     Attorney General
2  SAMUEL L. PEZONE, JR. (Bar No. 15978)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-4070 (phone)
   (702) 486-3768 (fax)
6  Email: spezone@ag.nv.gov

7  *Attorneys for Defendants*

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF NEVADA

10 DAVID BRESSELSMITH,                    Case No. 2:24-cv-00450-GMN-BNW

11              Plaintiff,

12 v.                                     **STIPULATION TO DISMISS WITH PREJUDICE**

13 NDOC, *et al.*,

14              Defendants.

15        Plaintiff, David Bresselsmith, pro se, and Defendants, C/O Trascan and Does #1, 2,

16 and 3, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L.

17 Pezone, Jr., Deputy Attorney General, of the State of Nevada, Office of the Attorney

18 General, hereby stipulate and order that the above-captioned action is dismissed with

19 prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

20 with each party to bear their own costs.

21 DATED this 19th day of July, 2024.        DATED this 19th day of July, 2024.

22                                           AARON D. FORD
                                             Attorney General
23

24 By:                                       By: */s/ Samuel L. Pezone Jr.*
   David Bresselsmith #89079                 SAMUEL L. PEZONE JR. (Bar No. 15978)
25 Plaintiff, Pro Se                         Deputy Attorney General

26                          ORDER
   IT IS SO ORDERED.  The Clerk of Court is kindly
27 instructed to close the case.

28
   Dated this  12   day of August, 2024.

                                             Page 1 of 1

   _____
   Gloria M. Navarro, District Judge